UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Dawn Adler v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10233-DRH |
| *Stephanie M. Greene v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13191-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on May 14, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Caitlin Fischer*
Deputy Clerk

**Dated:** May 16, 2014

*David R. Herndon*
Digitally signed by David R. Herndon
Date: 2014.05.16 16:37:43 -05'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**